Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WILLIAM HALE,**

    **Plaintiff,**

**vs.**                                            **5:04-CV-123-SPM/AK**

**CAPTAIN H. RIGGINS, et al.,**

    **Defendants.**

_____/

## ORDER ON REMAND

**THIS CAUSE** comes before the Court upon the opinion issued by the Eleventh Circuit Court of Appeals on November 15, 2005 in the instant case. <u>Hale v. Riggins, *et al.*</u>, No. 04-16512 (11th Cir. Nov. 15, 2005). *See* doc. 42 (order issued in lieu of mandate). Because the disciplinary report of July 26, 2002 was overturned, Plaintiff is entitled to pursue this single claim on remand. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff shall file and serve an amended complaint on or before ***December 30, 2005***.

2.     The amended complaint shall address solely the issue of the overturned July 26, 2002 disciplinary report.

Dockets.Justia.com

3. This case shall proceed in accordance with the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

<u>    s/ Stephan P. Mickle    </u>
Stephan P. Mickle
United States District Judge

/pao