IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM HALE,**

    **Plaintiff,**

**vs.**                                       **5:04-CV-123-SPM/AK**

**CAPTAIN H. RIGGINS, et al.,**

    **Defendants.**

_____/

**ORDER ON REMAND**

**THIS CAUSE** comes before the Court upon the opinion issued by the Eleventh Circuit Court of Appeals on November 15, 2005 in the instant case. Hale v. Riggins, *et al.*, No. 04-16512 (11th Cir. Nov. 15, 2005).  *See* doc. 42 (order issued in lieu of mandate).  Because the disciplinary report of July 26, 2002 was overturned, Plaintiff is entitled to pursue this single claim on remand. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff shall file and serve an amended complaint on or before ***December 30, 2005***.

2.     The amended complaint shall address solely the issue of the overturned July 26, 2002 disciplinary report.

3. This case shall proceed in accordance with the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge

/pao