IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM JOHN HALE,**

    **Plaintiff,**

**vs.**                                                         **CASE NO. 5:04CV123-SPM/AK**

**CAPTAIN RIGGINS, et al,**

    **Defendants.**

_____/

## O R D E R

This matter has been remanded by the Court of Appeals for the Eleventh Circuit which affirmed the dismissal by this Court of all Plaintiff's claims, except one. The Court of Appeals has remanded the case with instructions that Plaintiff be permitted to amend his complaint to assert all his challenges to the disciplinary report issued on July 26, 2002.

Accordingly, it is

**ORDERED:**

The Clerk shall mail to Plaintiff two section 1983 complaint forms, and he shall on or before **January 20, 2006**, file an amended complaint setting forth his claims regarding the disciplinary report of July 26, 2002.

**DONE AND ORDERED** at Gainesville, Florida, this 21st day of December, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:04cv123-spm/ak**