IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM HALE,

    Plaintiff,

vs.                                    5:04-CV-123-SPM/AK

CAPTAIN H. RIGGINS, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 127). The parties have been furnished a copy and have been afforded an opportunity to file objections. On March 5, 2008, Plaintiff filed a motion for an extension of time to file objections (doc. 129). On March 12, 2008, this Court granted the extension (doc. 130). Plaintiff had until March 26, 2008 to file any objections. To date, no objections have been filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 127) is adopted and incorporated by reference in this order.

2. Defendants' Motion for Summary Judgment (doc. 83) is hereby *granted*.

3. This case is *dismissed*.

**DONE AND ORDERED** this thirty-first day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge