IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM HALE,

    Plaintiff,

vs.                                                                                          5:04-CV-123-SPM/AK

CAPTAIN H. RIGGINS, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's "Report and Recommendation" (doc. 127). The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed a 34-page objection to the Report and Recommendation. (doc. 136). These objections were filed after the Court had already adopted the magistrate judge's Report and Recommendation. But in the interests of justice, this Court has accepted these objections as timely filed and pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made.

In his extensive objections, Plaintiff is ultimately unable to show that the

magistrate judge's legal or factual conclusions were incorrect.  Plaintiff's objections do not rise to the level of showing entitlement to any relief beyond that which has already been identified by the magistrate judge, specifically the opportunity to file an amended complaint.  This Court finds that the magistrate judge was thorough, complete, and correct in his conclusions.  The Report and Recommendation explains clearly why Plaintiff is not entitled to relief, and this Court has determined that the findings therein should be adopted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 127) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for extension of time to file objections (doc. 133) is hereby ***granted***.

3. Plaintiff's objections (doc. 136) are hereby accepted as timely filed.

4. Good cause being shown, Plaintiff's motion for leave to file excess pages (doc. 134) is hereby ***granted***.

5. Defendants' Motion for Summary Judgment (doc. 83) is hereby ***granted***.

6. Plaintiff's amended complaint (doc. 60) is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to exhaust administrative remedies and for failure to state a claim upon which relief can be granted.

7.	Plaintiff's motion to reopen discovery (doc. 135) is hereby ***denied***.

DONE AND ORDERED this <u>thirtieth</u> day of June, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge